UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAWANDA NEVERS ALEX, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-17019** |
| **ST. JOHN THE BAPTIST PARISH SHERIFF'S OFFICE, et al.** | **SECTION "G"(3)** |

## ORDER

The Court has recently been advised[1] that the subject matter of the above-captioned case appears to be related to other actions previously pending in Section E of the Eastern District of Louisiana, *United States v. Nevers, et al.*, Criminal Action No. 16-88, and *United States v. Nevers*, Civil Action No. 13-6397. Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned matter be **TRANSFERRED** to Judge Susie Morgan, Section "E" of this Court.

**NEW ORLEANS, LOUISIANA** this __10th__ day of January, 2017.

*[signature: Nannette Jolivette Brown]*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

1/10/17
TRANSFERRED TO
**SECT. E MAG 5**

---

[1] *See* Rec. Doc. 12.